IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SHANE LAWRENCE,<br><br>  Defendant. | 4:20-CR-3127<br><br>ORDER |

    This matter is before the Court on its own motion with respect to scheduling. This case is presently set for jury trial on March 1, 2021, but that date is unavailable due to a jury trial in a longer-pending criminal case. When trial dates conflict, the Court's usual practice is to contact the parties to determine which cases are likely to be tried and are ready for trial, prioritize trial in the oldest criminal cases, and then confer with counsel in any remaining cases to find the next available trial date that works for everyone.

    But in this case, the defendant's counsel has failed to respond to attempts to contact him, from the Court and the government. Accordingly, the Court has little choice but to continue this trial on its own motion to the next available date on its trial calendar.

    IT IS ORDERED:

1. The trial of this case is continued to April 19, 2021, or as soon thereafter as the case may be called.

2. The ends of justice served by continuing trial outweigh the interests of the public and the defendant in a speedy trial,

and the time between today's date and April 19, 2021, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

3. Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge