IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20CR3127 |
| vs. | |
| SHANE LAWRENCE, | ORDER |
| Defendant. | |

Defendant's appointed counsel, Chad D. Primmer, cannot represent Defendant at this time. At the court's request, the Federal Public Defender has located counsel to replace Chad D. Primmer, and Korey L. reiman has now entered his appearance as counsel for Defendant.

Accordingly,

IT IS ORDERED:

1) On the court's own motion, Chad D. Primmer is withdrawn as counsel for the Defendant. The Clerk is directed to remove Chad D. Primmer from all future ECF notifications in this case.

2) Korey L. Reiman is hereby appointed as counsel for Defendant and shall promptly forward a copy of this memorandum and order to the defendant.

3) A status hearing will be held before the undersigned magistrate judge at 3:00 p.m. on May 19, 2021 by videoconference. Court will send out instructions for participation in the conference to discuss case progression or entry of a plea of guilty. Defendant, defense counsel, and counsel for the government shall be present at the conference.

4) The court finds that the time between today's date and May 19, 2021 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 14, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge